IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **RICHARD JOHNSON**, and **DEANNA JOHNSON**,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**CENTROME, INC. d/b/a ADVANCED BIOTECH,** *et al.*<br><br>　　　　Defendants. | Case No.: 2:20-cv-165 |

## NOTICE OF APPEAL

Plaintiffs Richard Johnson and Deanna Johnson appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on August 25, 2023, granting summary judgment in favor of defendant Givaudan Flavors Corporation.

Dated: September 18, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Jacob W. Plattenberger*
　　　　　　　　　　　　　　　　　　　Jacob W. Plattenberger (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Kenneth J. Brennan (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Eric W. Cracken (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　227 W. Monroe St., Ste. 2650
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　618-656-4400
　　　　　　　　　　　　　　　　　　　jake@thlawyer.com
　　　　　　　　　　　　　　　　　　　ecracken@thlawyer.com
　　　　　　　　　　　　　　　　　　　kbrennan@thlawyer.com

　　　　　　　　　　　　　　　　　　　Robert T. Dassow, #15145-64
　　　　　　　　　　　　　　　　　　　HOVDE DASSOW & DEETS, LLC

                10201 N. Illinois St., Ste. 500
                Indianapolis, IN 46290
                317-818-3100
                rdassow@hovdelaw.com

*__Attorneys for Plaintiffs__*

## CERTIFICATE OF SERVICE OF FILING

The undersigned hereby certifies that on the 18th day of September 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the U.S. District Court for the Northern District of Indiana, Hammond Division, using the ECF system which will send electronic mail notification to such filing to all counsel of record.

                */s/ Jacob W. Plattenberger*